IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER ALAN ANDREWS                                                          PLAINTIFF
ADC #123511

V.                                  NO.  4:06CV01659 JMM

MICHAEL HUCKABEE, GOVERNOR                                       DEFENDANTS
OF ARKANSAS, et al

## ORDER

On December 8, 2006, Plaintiff, a pro se inmate currently confined to the East Arkansas Regional Unit of the Arkansas Department of Correction, filed this 42 U.S.C. § 1983 civil rights action (docket entry #2) along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (docket entry #1).  Because this case must be dismissed, in forma pauperis status will not be addressed.

According to Plaintiff's present complaint, his "T.E." date was October 3, 2006.  On September 11, 2006, he filed a lawsuit against the East Arkansas Regional Unit (see Case No. 2:06CV00188).  Soon after filing that case, Plaintiff was notified of a delay of his jacket review until October.  Plaintiff's jacket was screened and he was approved for parole on October 30, 2006, at which time he alleges his plan should have been submitted to Oklahoma but was not.  This was further delayed until November 27, 2006.  Plaintiff contends that one hour prior to signing his parole paperwork, he was contacted by Renae Hudson of the Arkansas Attorney General's Office requesting that he dismiss Case No. 2:06CV00188 in exchange for release in "a matter of days," which he did.  Plaintiff has not been released.  He alleges that his jacket review and parole plan investigation have been

delayed, and his incarceration prolonged in retaliation for previously filing Case No. 2:06CV00188, and he seeks damages for same.

Plaintiff's current case is connected to his previously dismissed case of <u>Andrews v. Yang, et al</u> (2:06CV00188). The present complaint is, therefore, dismissed without prejudice to Plaintiff's filing a motion for leave to reopen Case No. 2:06CV00188 to incorporate the facts alleged herein. All pending motions are denied as moot.

The Clerk of the Court is directed to provide Plaintiff with a copy of docket entry #2, including all attachments.

IT IS SO ORDERED this ___20___ day of December, 2006.

*James M Moody*
UNITED STATES DISTRICT JUDGE