IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER ALAN ANDREWS                                                                PLAINTIFF
ADC #123511

V.                                      NO.  4:06CV01659 JMM

MICHAEL HUCKABEE, GOVERNOR                                                         DEFENDANTS
OF ARKANSAS, et al

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint without prejudice to Plaintiff's filing a motion for leave to reopen Case No. 2:06CV00188 to incorporate the facts alleged herein.

IT IS SO ORDERED this __20__ day of December, 2006.


_____
UNITED STATES DISTRICT JUDGE